In the Matter of the Estate of ALIDA S. SALISBURY, Deceased.— Motion by James A. O'Connor, as special guardian for LeRoy Salisbury, and William J. O'Connor for a stay of the sale of the real estate involved in the litigation pending the hearing and decision of the appeals, granted. The two motions of Edwin B. Salisbury, as administrator, etc., of Alida S. Salisbury, deceased, to strike out certain portions of the notices of appeal, denied, with ten dollars costs to the said special guardian, James A. O'Connor. Present — Cochrane, P. J., Van Kirk, Hinman, McCann and Davis, JJ.

JOSEPH SHAW, Appellant, v. VILLAGE OF SARANAC LAKE, Respondent.— Motion granted by default. Present — Cochrane, P. J., Van Kirk, Hinman, McCann and Davis, JJ.

In the Matter of the Claim of DAISY E. WEIR, Appellant, against NEW YORK ZINC COMPANY and Another, Respondents. STATE INDUSTRIAL BOARD, Respondent.— Motion granted by default. Present — Cochrane, P. J., Van Kirk, Hinman, McCann and Davis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. BECK HAZZARD, INC., and Subsidiary Companies, Appellant, v. JOHN F. GILCHRIST and Others, Constituting the State Tax Commission, Respondents.— Motion denied, with ten dollars costs. Present — Cochrane, P. J., Van Kirk, Hinman, McCann and Davis, JJ.

In the Matter of Proving the Last Will and Testament of ESTELLE B. CRAWFORD, Deceased.— Motion denied, with ten dollars costs. Present — Cochrane, P. J., Van Kirk, Hinman, McCann and Davis, JJ.

In the Matter of the Claim of CONCETTA CONVERSO, Respondent, against UNION BAG AND PAPER COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion denied. Present — Cochrane, P. J., Van Kirk, Hinman, McCann and Davis, JJ.

In the Matter of the Claim of CURTIS STICKLES, Respondent, against THE ACLE CONSTRUCTION COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion denied. Present — Cochrane, P. J., Van Kirk, Hinman, McCann and Davis, JJ.

In the Matter of the Claim of ALFRED HYETT, Respondent, against PORTER & THOMSEN and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion denied. Present — Cochrane, P. J., Van Kirk, Hinman, McCann and Davis, JJ.

In the Matter of the Claim of GOLDA PLATO, Respondent, against UNITED STATES LIGHT AND HEAT CORPORATION and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion denied. Present — Cochrane, P. J., Van Kirk, Hinman, McCann and Davis, JJ.

WILL HUBBELL, as Trustee in Bankruptcy of ELMER E. TRAVIS, a Bankrupt, Respondent, v. ELMER E. TRAVIS and Another, Appellants.— Motion denied. Present — Cochrane, P. J., Van Kirk, Hinman, McCann and Davis, JJ.